THE PEOPLE *ex rel.* Paul Armstrong, Plaintiff in Error, *vs.* THE CHICAGO RAILWAYS COMPANY *et al.* Defendants in Error.

*Opinion filed October 27, 1915—Rehearing denied Dec. 9, 1915.*

This case is controlled by the decision in *People* v. *Chicago Railways Co.* (*ante,* p. 87.)

WRIT OF ERROR to the Superior Court of Cook county; the Hon. CHARLES M. FOELL, Judge, presiding.

B. F. LANGWORTHY, and WILLIAM R. MOSS, (S. S. GREGORY, of counsel,) for plaintiff in error.

JOHN J. HERRICK, and HORACE KENT TENNEY, for defendant in error the Chicago Railways Company.

JOHN W. BECKWITH, Corporation Counsel, and CHAS. M. HAFT, for defendant in error the city of Chicago.

Mr. JUSTICE COOKE delivered the opinion of the court:

The situation disclosed by the record in this case is the same as that in *People* v. *Chicago Railways Co.* (*ante,* p. 87,) with the exception that in this case the petition for *mandamus* was filed on the relation of Paul Armstrong,

president of the village of River Forest, and it was sought
to compel the Chicago Railways Company and the County
Traction Company to establish and maintain a five-cent rate
of fare for transportation between the western boundary
line of the village of River Forest and the loop district in
the city of Chicago.  The same plea was filed to the peti-
tion and the same replication to the plea as in the case
above mentioned.  The court sustained the demurrer inter-
posed by the Chicago Railways Company to the replication
and rendered judgment in favor of the Chicago Railways
Company and the city of Chicago.  For the reasons given
in *People* v. *Chicago Railways Co. supra,* the court did not
err in sustaining the demurrer to the replication.

The judgment of the superior court is affirmed.

*Judgment affirmed.*